NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――

**DALE W. CHURCH,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

―――――――――――

2025-1630

―――――――――――

Petition for review of the Merit Systems Protection Board in No. SF-3330-25-0196-I-1.

―――――――――――

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(d) within the time permitted by the rules, it is

2                                                 CHURCH V. MSPB

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

<u>January 9, 2026</u>
Date

Jarrett B. Perlow
Clerk of Court